No. 1059.  CONKLIN *v.* RAGEN, WARDEN.  June 5, 1944. Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 1060.  BASS ET AL. *v.* NEW HAMPSHIRE.  June 5, 1944.  Petition for writ of certiorari to the Supreme Court of New Hampshire denied.  *Mr. William G. McCarthy* for petitioners.

No. 1050.  PATTON *v.* RAGEN, WARDEN.  June 5, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied for want of a final judgment.

No. 1033.  JONES *v.* FREEMAN ET AL.  See *ante,* p. 717.

No. —.  EX PARTE EARL F. HALL.  See *ante,* p. 717.

No. 940.  YLAGAN *v.* UNITED STATES.  June 12, 1944. Petition for writ of certiorari to the Court of Claims denied.  *Anastasio A. Ylagan, pro se.  Solicitor General Fahy* and *Assistant Attorney General Shea* for the United States.

No. 991.  CAPITOL GREYHOUND LINES ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.  June 12, 1944.  Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.  *Messrs. Thomas L. Tallentire* and *Leonard Garver, Jr.* for petitioners.  *Solicitor General Fahy, Messrs. Robert L. Stern, Alvin J. Rockwell, Frank J. Donner,* and *Miss Ruth Weyand* for respondent.